# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | **Case No. 01-59058** |
| **HPM Corporation** | : | **EIN: 95-4575845** |
| Debtor | : | Chapter 7, Judge Preston |

## TRUSTEE'S OBJECTION TO CLAIM NO. 119

| Claim No. | Claimant | Amount |
|---|---|---|
| 119 | TCSM (North America), Inc.<br>Shayne & Greenwald Co., LPA<br>c/o Gary Greenwald, Esq<br>221 S High St<br>Columbus, OH 43215-4503 | $403,177.56 |

Sara J. Daneman, Trustee, hereby Objects to this Claim on the following grounds:

The claim was filed October 31, 2002 as an unsecured claim. The claim was based on goods sold. The Debtor's schedules indicate the debt is contingent and disputed.

The Trustee's recommendation for the treatment of the Claim is as follows:

The claim shall be allowed as an unsecured, non-priority claim in the amount of $299,122.31.

Respectfully submitted,

Dated: November 2, 2011

/s/Sara J. Daneman
Sara J. Daneman (0008254)
62 Mill Street
Gahanna, Ohio 43230
(614) 337-0960
Attorney for Trustee

## NOTICE OF OBJECTION TO CLAIM AND CERTIFICATE OF SERVICE

Sara J. Daneman, Trustee in Bankruptcy, has filed a Motion or Objection with the Court concerning Claim Number 119.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief sought in the Motion or Objection referred to above, then **on or before thirty (30) days from the date set forth in the Certificate of Service** for the Motion/Objection, you must file with the Court a response explaining your position by mailing your response by regular U.S. Mail to the **Clerk of the Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215** or your attorney must file a response using the Court's Electronic Case Filing (ECF) System.

The Court must **receive** your response on or before the date above. You must also send a copy of your response either by 1) the Court's ECF System or by 2) regular U.S. Mail to the following:

|  |  |  |
|---|---|---|
| U.S. Trustee | | Sara J. Daneman, Esq. |
| 170 N. High Street, 2nd Floor | and | 62 Mill Street |
| Columbus, Ohio 43215 | | Gahanna, Ohio 43230 |

And also, to the other individuals and organizations set forth in the Certificate of Service attached hereto.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion/Objection referred to above and may enter an order granting that relief.

## CERTIFICATE OF SERVICE

I hereby certify that on <u>November 2, 2011</u>, a copy of the foregoing <u>Objection to Claim 119</u> was served on the following registered ECF participants, **electronically** through the Court's ECF System at the email address registered with the court:

John A. Gleason. Esq.

U.S. Trustee

and on the following persons by ordinary **U.S. Mail:**

HPM Corporation
820 Marion Rd.
Mount Gilead, OH 43338

TCSM (North America), Inc.
Shayne & Greenwald Co., LPA
c/o Gary Greenwald, Esq
221 S High St
Columbus, OH 43215-4503

/s/ Sara J. Daneman
SARA J. DANEMAN   #0008254
62 Mill Street
Gahanna, Ohio 43230
(614) 337-0960
Attorney for Trustee