**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 01-59058 |
| | : | |
| HPM Corporation | : | EIN: 95-4575845 |
| | : | |
| Debtor | : | Chapter 7, Judge Preston |

### TRUSTEE'S OBJECTION TO CLAIM NO. 214 FILED BY DYNISCO

| Claim No. | Claimant | Amount |
|---|---|---|
| 214 | Dynisco<br>c/o Ronald B. Rich & Associates<br>Attn: Ronald B. Rich, Esq.<br>30665 Northwestern Hwy.<br>Suite 280<br>Farmington Hills, MI  48334 | $97,883.74 |

Sara J. Daneman, Trustee, hereby makes this Objection to Claim No. 214 filed by Dynisco on November 8, 2002 in the amount of $97,883.74 for goods sold.

The Trustee objects to the amount asserted in Claim No. 214. Debtor's sworn schedules show a debt to Dynisco in the amount of $38,171.02. There are no documents attached to Claim No. 214 that would explain the disparity between the Debtor's schedules and the claim amount or that support Claim No. 214 in any way.

WHEREFORE, Claim No. 214 filed by Dynisco should be allowed as an unsecured, non-priority claim in the amount of $38,171.02.

                                                      Respectfully submitted,

Dated: November 8, 2011                        /s/Sara J. Daneman
                                                      Sara J. Daneman (0008254)
                                                      62 Mill Street
                                                      Gahanna, Ohio 43230
                                                      (614) 337-0960
                                                      Attorney for Trustee

## NOTICE OF APPLICATION FOR AND CERTIFICATE OF SERVICE

      Sara J. Daneman, Trustee in Bankruptcy, has filed a Motion or Objection with the Court concerning Claim Number 214.

      **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case.  If you do not have an attorney, you may wish to consult one.

      If you do not want the Court to grant the relief sought in the Motion or Objection referred to above, then **on or before thirty (30) days from the date set forth in the Certificate of Service** for the Motion/Objection, you must file with the Court a response explaining your position by mailing your response by regular U.S. Mail to the **Clerk of the Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215** or your attorney must file a response using the Court's Electronic Case Filing (ECF) System.

      The Court must **receive** your response on or before the date above.  You must also send a copy of your response either by 1) the Court's ECF System or by 2) regular U.S. Mail to the following:

      U.S. Trustee                                            Sara J. Daneman, Esq.
      170 N. High Street, 2nd Floor      and      62 Mill Street
      Columbus, Ohio 43215                        Gahanna, Ohio 43230

and also to the other individuals and organizations set forth in the Certificate of Service attached hereto.

      If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion/Objection referred to above and may enter an order granting that relief.

## CERTIFICATE OF SERVICE

      I hereby certify that on <u>November 8, 2011,</u> a copy of the foregoing <u>Objection to Claim 214</u> was served on the following registered ECF participants, **electronically** through the Court's ECF System at the email address registered with the court:

John A. Gleason. Esq.

U.S. Trustee

and on the following persons by ordinary **U.S. Mail**:

HPM Corporation
820 Marion Rd.
Mount Gilead, OH 43338

Dynisco
c/o Ronald B. Rich & Associates
Attn: Ronald B. Rich, Esq.
30665 Northwestern Hwy.
Suite 280
Farmington Hills, MI 48334


                                                              <u>/s/ Sara J. Daneman</u>
                                                              SARA J. DANEMAN   #0008254
                                                              62 Mill Street
                                                              Gahanna, Ohio 43230
                                                              (614) 337-0960
                                                              Attorney for Trustee