FILED

2013 OCT 21 PM 12: 52
KENNETH JORDAN, CLERK
U.S. BANKRUPTCY COURT
COLUMBUS, OHIO

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

In re

HPM Corporation

Debtor(s)

Case No. 01-59058

Judge: PRESTON

Chapter: 7

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Under penalty of perjury, the Movant declares that the following statements and information are true and correct.

1. To the best of the Movant's knowledge, a check in the amount of $ 2718.81 was issued to

    KDE Sales and Service, Inc. (name of original creditor/claimant).

2. To the best of the Movant's knowledge, the funds were tendered by the case trustee to the Bankruptcy Clerk and then to the United States Treasury.

3. The Movant's current address, phone number and social security number (last 4 digits only of social security number or complete EIN) are as follows:

2195 Arbor Tech Drive, Hebron, Kentucky 41048

(859) 525-6610, ext. 121

EIN: 61-1186848

4. The Movant did not receive the check or did not negotiate the check for the following reason(s):

The payment was not sent to the proper or current address

5. Movant represents that he/she is the owner of the funds, or is a legal representative of the owner, and is entitled to receive the funds. (If the movant is other than the owner of the funds, additional requirements pursuant to Local Bankruptcy Rule 3011-1(d) may apply to establish the right of payment of the unclaimed funds.)

6. Movant understands that pursuant to 18 U.S.C. §152, a fine or imprisonment or both may be imposed if he/she knowingly or fraudulently made any false statements in this document.

7. Wherefore, Movant requests an order directing the Clerk to pay the funds to the Movant at the above address.

Movant's signature

James Mardis, for KDE Sales and Service
Movant's printed name

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

In re  Case No. 01-59058

HPM Corporation  Judge: PRESTON

Debtor(s)  Chapter: 7

**NOTICE OF MOTION**

James Mardis, for KDE Sales and Service has filed a Motion for Payment of Unclaimed Funds with the court.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to grant the relief sought in the motion/objection, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion/objection**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to: *(select office where case is/was pending)*

U.S. Bankruptcy Court, 170 North Street, Columbus, Ohio 43215 

OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the above date. You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to:

James Mardis, for KDE Sales and Service

2195 Arbor Tech Drive, Hebron, Kentucky 41048

(859) 525-6610, ext. 121

EIN: 61-1186848


and, *(List below the names and addresses of others to be served)*




If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further hearing or notice.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Payment of Unclaimed Funds was served on the following by ordinary U.S. Mail on the 18th day of October, 20 13.

*Debtor:*

HPM Corporation

*Debtor's Attorney:*

*Case Trustee:*

United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215

*Indicate the office that was served:*

☐ United States Trustee *(Cincinnati cases)*
36 East Seventh Street, Suite 2030
Cincinnati, Ohio 45202

☑ United States Trustee *(Columbus and Dayton cases)*
170 North High Street, Suite 200
Columbus, Ohio 43215

_____
Movant's signature