**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **IN RE:** | ) Case No. 01-59058 |
| | ) |
| **HPM Corporation,** | ) Chapter 7 |
| | ) |
| **DEBTOR(S)** | ) Judge C. Kathryn Preston |

**MOTION FOR PAYMENT OF UNCLAIMED FUNDS**

Under penalty of perjury, the Movant declares that the following statements and information are true and correct.

1. To the best of the Movant's knowledge, a check in the amount of $ 6,509.12 was issued to <u>Proplastics Sales Service Inc.</u>   (name of original creditor/claimant)

2. To the best of the Movant's knowledge, the funds were tendered by the case trustee to the Bankruptcy Clerk and then to the United States Treasury.

3. The Movant's current address, phone number and social security number (last 4 digits only of social security number or complete EIN) are as follows:

>  Proplastics Sales Service Inc.
>  10965 Andrews Place
>  Fishers, IN  46037
>  317-813-3055
>  EIN:35-1540896

4. The Movant did not receive the check or did not negotiate the check for the following reason(s):

>  <u>The payment was not negotiated by the intended recipient and the funds were paid over
>  to the court as unclaimed funds.</u>

5. Movant represents that he/she is the owner of the funds, or is a legal representative of the owner, and is entitled to receive the funds. (If the movant is other than the owner of the funds, additional requirements pursuant to Local Bankruptcy Rule 3011-1(d) may apply to establish the right of payment of the unclaimed funds.)

6. Movant understands that pursuant to 18 U.S.C. §152, a fine or imprisonment or both may be imposed if he/she knowingly or fraudulently made any false statements in this document.

7. Wherefore, Movant requests an order directing the Clerk to pay the funds to the Movant at the address below.

>  By: <u>/s/  Greg Griffith</u>
>  Proplastics Sales Service Inc.
>  C/O American Property Locators, Inc., Attorney-in-fact
>  3855 S Boulevard, Suite 200
>  Edmond, OK  73013

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **IN RE:** | ) Case No. 01-59058 |
| | ) |
| **HPM Corporation,** | ) Chapter 7 |
| | ) |
| **DEBTOR(S)** | ) Judge C. Kathryn Preston |

**NOTICE OF MOTION**

 Proplastics Sales Service Inc. has filed a Motion for Payment of Unclaimed Funds with the court.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to grant the relief sought in the motion/objection, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion/objection**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to the bankruptcy court clerk's office OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the above date. You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to:

Greg Griffith, American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK  73013

and, *(List below the names and addresses of others to be served)*

United States Attorney
Attn:  Civil Process Clerk
303 Marconi Boulevard, 2nd Floor
Columbus, OH  43215

Office of the U.S. Trustee
36 East Seventh Street
Suite 2030
Cincinnati, OH 45202

Case Trustee
Sara J Daneman
3300 Mann Road
Blacklick, OH 43004

Debtor's Counsel
Gary B Cutler
The Curtis Center
4th Floor
Independence Square West
Philadelphia, PA 19106

Debtor
HPM Corporation
820 Marion Rd
Mount Gilead, OH 43338

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief  without further hearing or notice.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Payment of Unclaimed Funds was served on the following by ordinary U.S. Mail on November 7, 2013 .

    United States Attorney
    Attn:  Civil Process Clerk
    303 Marconi Boulevard, 2nd Floor
    Columbus, OH  43215

    Office of the U.S. Trustee
    170 North High Street, Ste 200
    Columbus, OH  43215

    Case Trustee
    Sara J Daneman
    3300 Mann Road
    Blacklick, OH 43004

    Debtor's Counsel
    Gary B Cutler
    The Curtis Center
    4th Floor
    Independence Square West
    Philadelphia, PA 19106

    Debtor
    HPM Corporation
    820 Marion Rd
    Mount Gilead, OH 43338


By:  /s/  Greg Griffith

## LIMITED POWER OF ATTORNEY

Proplastics Sales Service Inc., ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in his\her place for the purposes and duration set forth below.

Principal appoints Greg Griffith of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be his\her attorney-in-fact to act for him\her in his\her name and place, and in any capacity that Principal might act,

**<u>ONLY</u> to recover cash or cash equivalents specifically arising from the bankruptcy of HPM Corporation, that belong to the Principal,**

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 16 day of October, 2013.

**PRINCIPAL:**
Proplastics Sales Service Inc.
Federal ID # 35-1540896
By: Chris Kleck
Title: President

**PRINCIPAL'S ADDRESS:**
10965 Andrews Place
Fishers, IN 46037
317-813-3055

### ACKNOWLEDGMENT

STATE OF Indiana )
COUNTY OF Hamilton )

Before me a Notary Public, in and for said County and State on this 18 day of October, 2013 personally appeared Chris Kleck to me known to be the identical person who subscribed his/her name to the foregoing instrument as its president (title), and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
Dec 4, 2019

Notary Public

MEREDITH SCHMELTZ
Notary Public, State of Indiana
My Commission Expires Dec. 4, 2019

*Name Searched On*:
**PRO PLASTICS (Legal)**

**Current Information**

*Entity Legal Name:*
**PRO PLASTICS SALES AND SERVICES, INC.**

*Entity Address*:
**13097 Parkside Dr., FISHERS, IN 46038**

***General Entity Information:***

Control Number: **198109-353**
Status: **Active**
Entity Type: **For-Profit Domestic Corporation**

Entity Creation Date: **9/14/1981**
Entity Date to Expire:
Entity Inactive Date:

**The Business Entity Report(s) is(are) due for this entity by 09/30/2013** . Click here to file the Business Entity Report.

*Other Names for this Entity:*

| Date | Name (Type) |
|---|---|
| 12/30/1998 | PRO PLASTICS EQUIPMENT INC  (Former) |
| 1/1/1999 | PRO PLASTICS EQUIPMENT INC  (Former) |

**Additional Services Available:**

| | |
|---|---|
| GO | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due).** |
| GO | **Generate an official Certificate of Existence/Authorization**. There is a total fee of $20.00 for *IN.gov* subscribers and a fee of $21.42 for credit card users. Example Certificate. Please note that when an entity has a past due business entity report, the Certificate of Existence will indicate that the entity is not current. An entity is current if no reports are past due. |
| GO | **Generate Copies of Business Entity Documents**. |
| GO | **Request Information Printouts or Certificates**. There is no fee to place an order; however, you will be billed for any statutory fees associated with your order.<br>View fee schedule View turn around time |
| GO | **File Supplemental Filings.** Select this option to determine what filings are available online for this entity. |



CONTACT US | CHECK OUT

HOME   ABOUT US   PRODUCTS   SERVICES   TRAINING   LINE CARD   TESTIMONIALS   CONTACT US

**Welcome to Pro Plastics**
For Smartflow, AEC, NISSEI, MATSUI, LaRos, and a whole lot more.

## Contact Us

**Pro Plastics Sales & Service, Inc.**

TOLL FREE: (800) 589-PROS (7767)
FAX: (317) 813-3056
EMAIL: sales@proplasticsusa.com

SmartFlow ® (water manifolds) is a registered trademark of Burger & Brown Engineering (www.smartflow.com)

Copyright © 2011 Pro Plastics Sales and Services, Inc
Click here for Terms and Conditions of Web Site use
Click here for Privacy Policy and Legal Notices
Site published by Marketing Options