UNITED STATES BANKRUPTCY COURT
SOURTHERN DISTRICT OF OHIO
COLUMBUS DIVISION

| | |
|---|---|
| In the matter of | Case No. **01-59058** |
| **HPM CORPORATION**, | Chapter 7 |
| Debtor | Judge Preston |

## MOTION FOR ADMISSION PRO HAC VICE

Bruce A. McIlnay hereby moves the Court pursuant to Local Rule 2009-1 (b), for an order permitting him to appear Pro Hac Vice in the above-captioned matter solely for the purpose of assisting his client, K.L. Stewart and Associates, Inc., file a Motion for Payment of Unclaimed Funds.  In support of this motion, I represent and declare:

1.       I am a member in good-standing of the Wisconsin Supreme Court, which is the highest court in Wisconsin.  I was admitted to practice in the Wisconsin Supreme Court on June 19, 1984, and my State Bar No. is 1006609.  I was also admitted to practice in the United States District Court for the Western District of Wisconsin on June 19, 1984, and to the United States District Court for the Eastern District of Wisconsin in or about July, 1984.

2.       I am in good-standing to practice before the courts to which I am admitted.

3.       There are no disciplinary actions pending.

4.       My office address, telephone number, facsimile number and email address are as indicated below with my signature.

Respectfully submitted,
McIlnay Business Law, LLC
Counsel for K.L. Stewart & Associates, Inc.

Dated: November 11, 2013

By:      /s/Bruce A. McIlnay
         Bruce A. McIlnay
         Wisconsin State Bar No.:  1006609

Address:
1971 Washington Street, Suite 201
Grafton, WI 53024
(262) 421-8060 -- phone
(262) 421-8059 --fax

bruce@mcbusinesslaw.com