## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## COLUMBUS DIVISION

| | |
|---|---|
| In the matter of | Case No. **01-59058** |
| **HPM CORPORATION**, | Chapter 7 |
| Debtor | Judge Preston |

## MOTION FOR ADMISSION PRO HAC VICE

Bruce A. McIlnay hereby moves the Court pursuant to Local Rule 2009-1 (b), for an order permitting him to appear Pro Hac Vice in the above-captioned matter solely for the purpose of assisting his client, K.L. Stewart and Associates, Inc., file a Motion for Payment of Unclaimed Funds.  In support of this motion, I represent and declare:

1.      I am a member in good-standing of the Wisconsin Supreme Court, which is the highest court in Wisconsin.  I was admitted to practice in the Wisconsin Supreme Court on June 19, 1984, and my State Bar No. is 1006609.  I was also admitted to practice in the United States District Court for the Western District of Wisconsin on June 19, 1984, and to the United States District Court for the Eastern District of Wisconsin in or about July, 1984.

2.      I am in good-standing to practice before the courts to which I am admitted.

3.      There are no disciplinary actions pending.

4.      My office address, telephone number, facsimile number and email address are as indicated below with my signature.

Respectfully submitted,
McIlnay Business Law, LLC
Counsel for K.L. Stewart & Associates, Inc.

Dated: December 5, 2013

By:    /s/Bruce A. McIlnay
Bruce A. McIlnay
Wisconsin State Bar No.:  1006609

Address:
1971 Washington Street, Suite 201
Grafton, WI 53024
(262) 421-8060 -- phone
(262) 421-8059 –fax
bruce@mcbusinesslaw.com

## CERTIFICATE OF SERVICE OF MOTION

I hereby certify that a copy of the foregoing Motion for Admission Pro Hac Vice was

served on the following by United States Postal Service or Electronic Mail on December 5,

2013.

U.S. Attorney's Office
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, OH 43215

Office of the US Trustee
170 N. High Street, Suite 200
Columbus, OH 43215

HPM Corporation
Debtor
820 Marion Rd
Mount Gilead, OH 43338

John A Gleason
Debtor's Attorney
jgleason@cdgattorneys.com

Gary B. Cutler
Debtor's Attorney
The Curtis Center, 4th Floor
Independence Square West
Philadelphia, PA  19106

Sara J. Daneman
Trustee
sjdlaw@yahoo.com

Dated: December 5, 2013


/s/ Bruce A. McIlnay
McIlnay Business Law, LLC
1971 Washington Street, Suite 201
Grafton, WI 53024
Tel.    (262) 421-8060
Fax     (262) 421-8059
bruce@mcbusinesslaw.com