**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

In the matter of

**HPM CORPORATION**

Debtor(s)

Case No. **01-59058**

Chapter 7

Judge Preston

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of (1) $ 27,847.29 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| RONALD E GOLD ESQ<br>2200 PNC CENTER<br>201 E FIFTH ST<br>CINCINNATI, OH 45202 | 6 | $1,893.33 |
| SAFETY KLEEN CORPORATION<br>PO BOX 11393<br>COLUMBIA, SC 29211 | 24 | $714.77 |
| PINTO TECHNOLOGIES LTD<br>ATTY CHRISTINE A GIMBER<br>PO BOX 1030<br>EAU CLAIRE, WI 54702-1030 | 30 | $907.02 |
| AMG LTD<br>ATTORNEY CHRISTINE A GIMBER<br>PO BOX 1030<br>EAU CLAIRE, WI 54702-1030 | 33 | $1,879.56 |
| FISCHER PUMP VALVE CO<br>MATTHEW T MACLEID<br>PO BOX 6099<br>CINCINNATI, OH 45206-0099 | 43 | $294.19 |
| ASSOC INDEMNITY CORP<br>CORPORATE CREDIT DEPARTMENT<br>777 SAN MARIN DR | 76 | $559.04 |

| | | |
|---|---|---|
| NOVATO, CA 94945-9979 | | |
| BARBER COLMAN INDUSTRIAL INSTRUMENTS<br>ATTN KAREN FASHING<br>PO BOX 2940<br>LOVES PARK, IL 61111 | 78 | $10,504.99 |
| CHUBB CUSTOM INSURANCE COMPANY<br>C O SOFFER RECH LLP<br>11 PENN PLAZA STE 2101<br>NEW YORK, NY 10116-2088 | 99 | $424.33 |
| MITCHELL MCKINNEY<br>610 GREENLAWN AVENUE<br>COLUMBUS, OH 43223 | 116 | $202.63 |
| RELATED COMPONENTS INC<br>PO BOX 1534<br>DAYTON, OH 45401 | 117 | $140.29 |
| STAFFORD<br>P O BOX 2370<br>WOBURN, MA 01888 | 154 | $22.80 |
| DUFF WILLIAM<br>812 CHESTER AVENUE<br>DELRAN, NJ 08075 | 155 | $3,889.35 |
| ROBERTS OIL COMPANY<br>WOLFLINE MULBERRY STREET<br>BEAVER, PA 15009 | 180 | $79.14 |
| LINCOLN ST LOUIS<br>ONE LINCOLN WAY<br>ST LOUIS, MO 63120 | 226 | $10.55 |
| APOLLO INTERNATIONAL<br>9950 W LAWRENCE AVENUE<br>210<br>SCHILLER PARK, IL 60176 | 239 | $54.51 |
| LEVERING BROTHERS<br>4436 US 42<br>CARDINGTON, OH 43315 | 249 | $23.12 |
| AMERICAN MSI CORPORATION<br>5245 MAUREEN LANE<br>MOORPARK, CA 93021 | 295 | $1,240.19 |
| WALSH ENTERPRISES<br>DIV ARMOR TUF<br>48 S RUSSELL STREET<br>BOSTON, MA 02114 | 314 | $34.97 |
| INTRENET<br>C O CREDITEK | 359 | $72.70 |

| | | |
|---|---|---|
| 7 ENTIN RD<br>PARSIPPANY, NJ 07054 | | |
| TROPHIES UNLIMITED<br>36 PUBLIC SQUARE<br>MT VERNON, OH 43019 | 396 | $30.96 |
| WOS ASSOCIATES<br>510 TURTLE COVE BLVD SUITE 107<br>PO BOX 939<br>ROCKWALL, TX 75087 | 429 | $1,201.97 |
| RICHARDSON SALES<br>225 CHERRYSTONE DRIVE S<br>GAHANNA, OH 43230 | 445 | $3,666.88 |

                       Total Unclaimed/ Small Dividends $25.00 or under        $ 56.47
                       Total Unclaimed Dividends Over $25.00               $ 27,790.82

Dated:     December 5, 2013           /s/ Sara J. Daneman
                                              Sara J. Daneman

cc: U.S. Trustee