**United States Bankruptcy Court for the
Southern District of Ohio, Eastern Division
Columbus Divisional Office**

IN RE:

HPM Corporation

Debtor(s) /

Case No. 01-59058
Judge: C. Kathryn Preston
Chapter: 7

**MOTION FOR PAYMENT OF UNCLAIMED FUNDS**

Under penalty of perjury, the estate of Robert D Haas (Movant) declares that the following statements and information are true and correct.

1. To the best of Movant's knowledge, a check in the amount of $4,036.11 was issued to C. Marjorie Haas (name of original creditor/claimant).

2. To the best of Movant's knowledge, the funds were tendered by the case trustee to the Bankruptcy Clerk and then to the United States Treasury.

3. The Movant's current address, phone number and social security number (last 4 digits only of social security number or <u>complete</u> EIN) are as follows:

   101 Kenilworth Drive
   Akron, OH 44313
   Phone: 330-714-9377
   xxx-xx-4437

4. The Movant did not deposit the check for the following reason(s):

Dividends were not collected by the creditor, C. Marjorie Haas. Clara Marjorie Haas aka C. Marjorie Haas passed away on August 30, 2007 as evidenced by the Certificate of Death labeled exhibit A. Clara Marjorie Haas left the residue estate to her husband Robert D Haas as evidenced by the probated Will labeled exhibit B. Robert D Haas passed away on April 29, 2011 as evidenced by the Certificate of Death labeled exhibit C. Gerald A. Haas & Roxie Ann Todd have been named the executors to the estate of Robert D Haas as evidenced by the Letters of Authority labeled exhibit D. The Estate of Robert Haus's current address is listed above.

5. Movant represents that he/she is the owner of the funds, or is a legal representative of the owner, and is entitled to receive the funds. (If the movant is other than the owner of the funds, additional requirements pursuant to Local Bankruptcy Rule 3011-1(d) may apply to establish the right of payment of the unclaimed funds.)

6. Movant understands that pursuant to 18 U.S.C. § 152, a fine or imprisonment or both may be imposed if he/she knowingly or fraudulently made any false statements in this document.

7. Wherefore, Movant requests an order directing the Clerk to pay the funds to <u>The Estate of Robert Haus c/o Dilks & Knopik, LLC</u>, and mail said check to the following address: <u>35308 SE Center St, Snoqualmie, WA 98065</u>.

Respectfully Submitted:

Dated: August 11, 2016

/s/Brian J. Dilks
Managing Member

Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065
Brian.dilks@dilksknopik.com



## AFFIDAVIT OF FUNDS LOCATOR

I, <u>Brian J. Dilks</u>, have obtained the consent of the claimant to make application for the unclaimed funds as provided in this application. I have made all reasonable efforts required to believe to the best of my knowledge that The Estate of Robert Haus is legally entitled to the unclaimed funds referenced in this application.

Dated August 11, 2016

/s/Brian J. Dilks
Managing Member
Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065
Brian.dilks@dilksknopik.com

**United States Bankruptcy Court for the
Southern District of Ohio, Eastern Division
Columbus Divisional Office**

IN RE:

    HPM Corporation

        Debtor(s)    /

Case No. 01-59058

## CERTIFICATE OF SERVICE OF APPLICATION

I hereby certify that a copy of the foregoing Motion for Payment of Unclaimed Funds was served on the following by ordinary U.S. Mail on August 11, 2016

United States Attorney OHSB
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215

US Trustee
170 N. High Street, Suite 200
Columbus, OH 43215

HPM Corporation
Debtor
820 Marion Rd
Mount Gilead, OH 43338

A copy of the foregoing Motion for Payment of Unclaimed Funds was served on the following via Electronic Mail on August 11, 2016

Sara J Daneman
Trustee
sjdlaw@yahoo.com

John A Gleason
Debtors Attorney
jgleason@cdgattorneys.com

Dated: August 11, 2016

/s/Brian J. Dilks

Managing Member
Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065
Brian.dilks@dilksknopik.com

**United States Bankruptcy Court for the
Southern District of Ohio, Eastern Division
Columbus Divisional Office**

IN RE:

HPM Corporation

Debtor(s) /

Case No. 01-59058
Judge: C. Kathryn Preston
Chapter: 7

## NOTICE OF MOTION

Dilks & Knopik, LLC has filed a Motion for Payment of Unclaimed Funds with the court.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to grant the relief sought in the motion/objection, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion/objection**, you must file with the court a response explaining your position by mailing your response by regular US Mail to the bankruptcy court clerk's office OR your attorney must file a response using the court's ECF system.

The court must **receive** your response on or before the above date. You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to

United States Attorney OHSB
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215

US Trustee
170 N. High Street, Suite 200
Columbus, OH 43215

HPM Corporation
Debtor
820 Marion Rd
Mount Gilead, OH 43338

John A Gleason
Debtors Attorney
jgleason@cdgattorneys.com

Sara J Daneman
Trustee
sjdlaw@yahoo.com

Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief without further hearing or notice.

Dated: August 11, 2016

/s/ Brian J. Dilks
Managing Member
Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065
Brian.dilks@dilksknopik.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| RE: HPM Corporation ) | Case: 01-59058 |
| ) | |
| ) | **AUTHORITY TO ACT** |
| ) | **Limited Power of Attorney** |
| Debtor(s) ) | **LIMITED TO ONE TRANSACTION** |

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Gerald A. Haas & Roxie Ann Todd** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$4,036.11** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____           7/25/16 , 20 16
Gerald A. Haas                                    Date

_____           July 25 , 20 16
Roxie Ann Todd                                  Date

### ACKNOWLEDGMENT

STATE OF OH )           COUNTY OF Summit )

On this 25 day of July , 2016 , before me, the undersigned Notary Public in and for the said County and State, personally appeared Gerald A. Haas & Roxie Ann Todd known to me to be the persons described in and who executed the foregoing instrument, and who acknowledged to me that they did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _Michael C. Ford_

Residing at _Akron, OH_

My Commission expires _1/11/2020_

Michael C. Ford
Resident Summit County
Notary Public, State of Ohio
My Commission Expires: 1/11/2020







**UNITED STATED BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| RE: )<br>)<br>)     HPM Corporation )<br>) <br>) <br>_____ Debtor(s) _____ ) | Case: 01-59058<br><br>**INDIVIDUAL IDENTIFACATION**<br>**FORM FOR UNCLAIMED FUNDS** |

We, <u>Gerald A. Haas & Roxie Ann Todd</u>, hereby allege that we are the owner of unclaimed funds deposited with the court in the above-named case and request payment of my unclaimed funds.

Name: <u>Gerald A. Haas & Roxie Ann Todd</u>

Current Phone No. 330-714-9377

Gerald A. Haas Social Security No. XXX-XX-<u>1084</u>

Roxie Ann Todd Social Security No. XXX-XX-<u>6478</u>

Previous Mailing Address:    <u>856 Andrews Road</u>
                                      <u>Medina, OH 44256</u>

Current Mailing Address:     <u>101 Kenilworth Drive</u>
                                        <u>Akron, OH 44313</u>

Gerald A. Haas Driver's License No. <u>RF299998</u>

Roxie Ann Todd Driver's License No. <u>RT796486</u>

Dated: <u>July 25, 2016</u>

Signature <u>Gerald A. Haas</u>
        Gerald A. Haas*

Signature <u>Roxie Ann Todd</u>
        Roxie Ann Todd*

***Attach copy of Driver's License or other State issued Identification.**

STATE OF <u>OH</u>, COUNTY OF <u>Summit</u>

On <u>7/25/16</u> before me, personally appeared Gerald A. Haas & Roxie Ann Todd with driver's license numbers of <u>RF299998</u> personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

<u>Michael C. Ford</u>
(SEAL)

<u>1/11/2020</u>
My commission expires on

Michael C. Ford
Resident Summit County
Notary Public, State of Ohio
My Commission Expires:

<u>1/11/2020</u>