**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
**United States Bankruptcy Judge**

**Dated: August 15, 2016**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN          DIVISION

---

In re: HPM Corporation

Debtor(s)

Case No.:  01-59058

Chapter: 7

Judge:  C. Kathryn Preston

---

### ORDER DENYING MOTION FOR PAYMENT OF UNCLAIMED FUNDS  (DOC. NO.  1091  )
### DUE TO NONCOMPLIANCE WITH CODE AND/OR RULES

The above-referenced Motion for Payment of Unclaimed Funds (hereinafter, the "Motion") does not comply with the United States Bankruptcy Code and/or the Federal/Local Rules of Bankruptcy Procedure as noted below:

☒  The certificate of service does not show service upon the required parties, or reflects service upon an incorrect party, as indicated below.  (LBR 9013-3(b) provides that unless the court orders otherwise or unless specifically limited or expanded by a Rule or Local Rule, every filing, application, motion, or other paper or document filed, other than a proof of claim, shall be served on the debtor, the debtor's case attorney, the trustee, the United States Trustee, each committee appointed pursuant to the Code or in a Chapter 11 case without a committee, the 20 largest unsecured creditors, upon any party directly affected by the relief sought, and upon any party who requests notice.)

☒ Incorrect Trustee

The Motion is therefore **DENIED** without prejudice.

**IT IS SO ORDERED.**

**NOTE:** A form Motion for Payment of Unclaimed Funds that complies with our Local Bankruptcy Rules has been prepared by the Southern District of Ohio. While the use of this form motion is not required, parties requesting the release of unclaimed funds are strongly encouraged to use the form to ensure Local Rule compliance. The form is available on the Court's website at: **http://www.ohsb.uscourts.gov/pdffiles/ UNCLAIMED_FUNDS_FORM.pdf**.

Copies To:
Default List

###