FILED

2016 OCT 7 PM 1 09

KENNETH JORDAN, CLERK
U.S. BANKRUPTCY COURT
COLUMBUS, OHIO

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re                                                    Case No. 01-59058

HPM Corporation

                    Debtor(s)                            Judge: SELLERS

                                                         Chapter:    7

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Under penalty of perjury, the Movant declares that the following statements and information are true and correct.

1. To the best of the Movant's knowledge, a check in the amount of $ 6,492.83 _____ was issued to

_____ Graybar Electric Company Inc _____ (name of original creditor/claimant).

2. To the best of the Movant's knowledge, the funds were tendered by the case trustee to the Bankruptcy Clerk and then to the United States Treasury.

3. The Movant's current address, phone number and social security number (last 4 digits only of social security number or complete EIN) are as follows:

1200 Kinnear Road Columbus, Ohio 43212

614-485-2100

13-0794380

4. The Movant did not receive the check or did not negotiate the check for the following reason(s):

At time Proof of Claim was filed we used a PO box for correspondence. PO Box 163308

We later dropped the PO box and simply used the street address for mail. When the check was

sent the forwarding order had expired and the check was returned undelivered to the court.

5. Movant represents that he/she is the owner of the funds, or is a legal representative of the owner, and is entitled to receive the funds. (If the movant is other than the owner of the funds, additional requirements pursuant to Local Bankruptcy Rule 3011-1(d) may apply to establish the right of payment of the unclaimed funds.)

6. Movant understands that pursuant to 18 U.S.C. §152, a fine or imprisonment or both may be imposed if he/she knowingly or fraudulently made any false statements in this document.

7. Wherefore, Movant requests an order directing the Clerk to pay the funds to the Movant at the above address.

_____
Movant's signature

Paul Wagner / Branch Financial Manager
Movant's printed name